UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JIMMY LEROY RAMSEYER,

        Petitioner,

   v.

DICK SMELSER,

        Respondent.

Case No. C05-5006FDB

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

     This matter is before the Court on petitioner's filing of a motion for extension of time to file his reply to respondent's response to his petition for writ of *habeas corpus*. (Dkt. #39).  Petitioner requests that the court grant him an extension until June 25, 2005, to file his reply.  In support of his motion, petitioner states that due to having received respondent's response late, and with only a limited amount of time and access to legal resources, he will not be able to file his reply in time.  Respondent does not oppose petitioner's request for extra time. (Dkt. #38).

     The undersigned finds petitioner's request to be reasonable.  Accordingly, petitioner's motion for extension of time (Dkt. #8) is hereby GRANTED.  Petitioner shall file his reply by **no later than June 25, 2005**.

     The Clerk shall re-note petitioner's petition for July 1, 2005.  The Clerk also shall send a copy of

ORDER
Page - 1

1  this Order to petitioner and counsel for respondent.

2          DATED this 14th day of June, 2004.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2