UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JIMMY LEROY RAMSEYER,

        Petitioner,

    v.

DICK SMELSER,

        Respondent.

Case No.  C05-5006FDB

ORDER

    This matter is before the Court on petitioner's filing of a motion to file a memorandum of law in support of his writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. (Dkt. #43).  On Janaury 5, 2005, petitioner filed a seventy-six (76) page petition for writ of *habeas corpus*. (Dkt. #1).  On May 16, 2005, respondent filed their response to petitioner's petition. (Dkt. #37).  On June 9, 2005, petitioner filed a seventeen (17) page reply thereto (Dkt. #42), along with his motion to file a memorandum of law in support of his petition.  Attached to the motion is a seventy-five (75) page memorandum making many of the same claims as are contained in the petition, but this time adding case law thereto.

    In his motion, petitioner requests permission to file his memorandum in order to supply the court with case law supporting the grounds he raises for federal *habeas corpus* relief.  Respondent opposes the motion on the basis that petitioner already has filed a lengthy petition, but, in the event the court grants petitioner's request, asks that he be given a chance to respond to the memorandum.

    The court recognizes the need of petitioner to fully set forth the grounds for his request for federal *habeas corpus* relief and the facts and the law to support those grounds.  Accordingly, the court hereby

ORDER
Page - 1

GRANTS petitioner's motion (Dkt. #43).  In addition, respondent shall have the opportunity to respond to petitioner's memorandum, and shall file his response **by no later than July 24, 2005**.  The petition shall be re-noted for consideration on **August 7, 2005**.

Because petitioner now has had ample opportunity to adequately argue the grounds set forth in his petition, however, and has filed some one hundred sixty-eight (168) pages of pleadings to that effect, the court will not accept any more pleadings or motions for pleadings in this matter, except, as noted above, for respondent's response to petitioner's memorandum.

The Clerk shall send a copy of this Order to petitioner and counsel for respondent.

DATED this 27th day of June, 2005.

Karen L. Strombom
United States Magistrate Judge