UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JIMMY LEROY RAMSEYER,

　　　　　Petitioner,

　　v.

DICK SMELSER,

　　　　　Respondent.

Case No. C05-5006FDB

ORDER DENYING RECONSIDERATION

　　　Petitioner moves for reconsideration of this Court's order dismissing his 2254 habeas corpus petition relative to his first degree murder and second degree assault convictions in Clark County Superior Court. The Court is not persuaded to reconsider its earlier order adopting the Report and Recommendation. ACCORDINGLY,

　　　IT IS ORDERED: Petitioner's Motion for Extension of Time To File Objection and Motion to Reconsider Order Dismissing Petition for Writ of Habeas Corpus [Dkt. # 52] is GRANTED as to the extension of time and DENIED as to reconsideration.

　　　DATED this 11th day of January, 2006.

　　　　　　　　　　　　　　　　/s/ Franklin D. Burgess
　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1